1  GIRARDI | KEESE
2  CHRISTOPHER T. AUMAIS, State Bar No. 249901
   caumais@girardikeese.com
3  V. ANDRIS REKTE, State Bar No. 129578
   vrekte@girardikeese.com
4  1126 Wilshire Boulevard
   Los Angeles, California 90017
5  Telephone: (213) 977-0211
   Facsimile: (213) 481-1554
6
7  Attorneys for Defendant
   GACHUPIN ENTERPRISES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL GERLEVE,, | Case No. SACV13-01549-JCG |
| Plaintiff, | **JUDGMENT** |
| v. | The Hon. Jay C. Gandhi, Dept. 6A |
| GACHUPIN ENTERPRISES LLC, | |
| Defendant. | |

   This case came on regularly for jury trial on May 17, 2015, in Department 6A of the above-entitled Court, the Honorable Jay C. Gandhi presiding. Plaintiff, Michael Gervele appeared through his attorney Michael Tracy. Plaintiff Michael Gervele did not personally appear. Defendant Gachupin Enterprises LLC appeared through their attorneys Christopher T. Aumais, and Ashkahn Mohamadi of Girardi Keese.

///

///

///

///

///

1  The Court has ordered that plaintiff Michael Gervele is entitled to recover nothing against
2  defendant Gachupin Enterprises LLC, that the action be dismissed on the merits, and that defendant
3  Gachupin Enterprises LLC recover costs from Plaintiff Michael Gervele in an amount to be
4  determined by the Clerk of Court.

6  Dated:  March 24, 2015              _____
7                       The Honorable Jay C. Gandhi